IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

| | |
|---|---|
| JEFFREY DOW, | * |
| Plaintiff, | * |
| v. | *   Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, et al., | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT AND DROP PARTIES

UPON CONSIDERATION of the Motion for Leave to Amend Complaint and Drop Parties filed herein by Plaintiff; and it

APPEARING TO THE COURT that justice requires that said motion be granted, and that the consent of George L. Garrow, Jr., counsel for defendant Seals Jones Wilson Garrow & Evans, L.L.P., and the consent of defendant Edwin H. Harvey (through Mr. Garrow) for leave to amend has been verbally obtained by counsel for Plaintiff; it is, therefore

ORDERED that said Motion for Leave to Amend Complaint and Drop Parties be, and is hereby, granted, and that the Amended Complaint filed herein with the Clerk by Plaintiff be accepted as filed.

_____  3/21/02
United States District Judge

WRIGHT & MEEHAN
ATTORNEYS AT LAW
100 CHURCH ALLEY
AT LAWYERS ROW
CHESTERTOWN, MARYLAND
21620
410-778-0266

SUITE 705
101 WEST READ STREET
BALTIMORE, MARYLAND
21201
410-625-7546



Distribution:

Andrew C. Meehan, Esquire
Wright & Meehan
100 Church Alley
Chestertown, MD 21620
Counsel for Plaintiff

Edwin H. Harvey
666 Eleventh Street, NW
Suite 1030
Washington, D.C. 20001

George L. Garrow, Jr., Esquire
Garrow & Evans, LLP
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006
Counsel for Defendant Seals Jones Wilson Garrow & Evans, LLP

WRIGHT & MEEHAN
ATTORNEYS AT LAW
100 CHURCH ALLEY
AT LAWYERS ROW
CHESTERTOWN, MARYLAND
21620
410-778-0266

SUITE 705
101 WEST READ STREET
BALTIMORE, MARYLAND
21201
410-625-7546