## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
**CATHERINE C. BLAKE**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 16, 2002

Andrew C. Meehan, Esquire
Wright & Meehan
100 Church Alley at Lawyers Row
Chestertown, MD 21620

  Re: <u>Jeffrey Dow v. James Benny Jones, et al.</u>
    <u>Civil No. CCB-01-2303</u>

Dear Mr. Meehan:

  As you are aware, on March 21, 2002 your Motion for Leave to Amend Complaint and Drop Parties was granted. In your March 19, 2002 status report, you stated you would thereafter be requesting the Clerk to issue a new summons for defendant James Benny Jones. To date, the docket shows no new summons issued for Mr. Jones, and the August 3, 2001 summons for defendant Edwin Harvey has not been returned. Please provide an updated status report **no later than May 29, 2002** regarding service upon all defendants.

        Sincerely yours,

        Catherine C. Blake
        United States District Judge

cc: Court File