IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY DOW           :
                      :
                      :
v.                    :  Civil Action No. CCB-01-2303
                      :
                      :
JAMES BENNY JONES, et al.  :
                      :
                      :

ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. plaintiff Jeffrey Dow's request for entry of default against defendant James Benny Jones (Docket No. 16) is **DENIED**;

2. defendants James Benny Jones, Edwin H. Harvey, and Seals Jones Wilson Garrow & Evans, LLP's motion to dismiss (Docket Nos. 15 and 17) is **GRANTED** with respect to Count 4 of the plaintiff's complaint ("actual malice"), and **DENIED** with respect to Counts 1 through 3 of the plaintiff's complaint (legal malpractice);

3. defendants James Benny Jones, Edwin H. Harvey, and Seals Jones Wilson Garrow & Evans, LLP's motion to transfer the case to the U.S. District Court for the District of Columbia (Docket Nos. 15 and 17) is **DENIED**; and



4.  copies of this Order and the accompanying Memorandum shall be sent to defendants Jones and Harvey and counsel of record.

_Sept. 26, 2002_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge