FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -7  A 11: 54

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| JEFFREY DOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. CCB-01-2303 |
| | * | |
| JAMES BENNY JONES, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCLOSURE OF EXPERT WITNESSES AND FOR MODIFICATION OF SCHEDULING ORDER

UPON CONSIDERATION of the Plaintiff's motion for extension of time to complete his disclosure of expert witnesses and for a corresponding modification of the Scheduling Order; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that said motion for extension of time for Plaintiff to complete his disclosure of expert witnesses be, and is hereby, GRANTED, and that the Scheduling Order entered herein on December 26, 2002, is hereby modified with respect to the following new deadlines:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | January 24, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | February 24, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | March 10, 2003 |

WRIGHT & MEEHAN
ATTORNEYS AT LAW
100 CHURCH ALLEY
AT LAWYERS ROW
CHESTERTOWN, MARYLAND
21620
410-778-0266

SUITE 705
101 WEST READ STREET
BALTIMORE, MARYLAND
21201
410-625-7546



| | |
|---|---|
| Rule 26(a)(2) supplementation of disclosures and responses | March 17, 2003 |
| **Discovery deadline; submission of status report** | April 16, 2003 |
| Requests for admission | April 24, 2003 |
| **Dispositive pretrial motions deadline** | May 26, 2003 |

ENTERED this 7th day of January, 2003.

_____
United States District Judge

Distribution:

Andrew C. Meehan, Esquire
Wright & Meehan
100 Church Alley
Chestertown, MD  21620

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, D.C.  20001

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, D.C.  20001

George L. Garrow, Jr., Esquire
Garrow & Evans, LLP
1775 Pennsylvania Avenue, NW, Suite 400
Washington, DC  20006

WRIGHT & MEEHAN
ATTORNEYS AT LAW
100 CHURCH ALLEY
AT LAWYERS ROW
CHESTERTOWN, MARYLAND
21620
410-778-0266

SUITE 705
101 WEST READ STREET
BALTIMORE, MARYLAND
21201
410-625-7546