IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| JEFFREY DOW, | |
| Plaintiff, | |
| v. | Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, et al., | |
| Defendants. | |

## ORDER GRANTIING DEFENDANT LLP'S *CONSENT* MOTION FOR A THIRTY (30) DAY EXTENSION OF TIME TO COMPLETE DISCLOSURE OF EXPERT WITNESSES AND FOR A MODIFICATION OF THE AMENDED SCHEDULING ORDER

UPON CONSIDERATION of the Defendant LLP's consent motion for an extension of time of thirty (30) days until May 23, 2003, to complete its disclosure of expert witnesses and for a corresponding modification of the amended Scheduling Order dated February 28; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that said motion for extension of time for defendant LLP to complete its disclosure of expert witnesses be, and is hereby, GRANTED, and

4

that the modified Scheduling Order entered herein on February 28, 2003, is hereby modified with respect to the following new deadlines:

| | |
|---|---|
| Defendant LLP Rule 26(a) (2) disclosure re: experts | May 23, 2003 |
| Plaintiff's rebuttal Rule 26(a) (2) disclosure re: experts | June 6, 2003 |
| Rule 26(a) (2) supplementation of disclosures and responses | June 16, 2003 |
| **Discovery deadline; submission of status report** | July 14, 2003 |
| Requests for admissions | July 25, 2003 |
| **Dispositive pretrial motions deadline** | August 29, 2003 |

ENTERED this _24_ day of _April_, 2003.

_____
United States District Judge

Copies to:

George L. Garrow, Jr., Esquire
Ferguson Evans, Esquire
Garrow & Evans, LLP
1775 Pennsylvania Ave., NW, Suite 400
Washington, DC 20006

5

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, DC 20001

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 200
Washington, DC 20001

Andrew C. Meehan, Esquire
Wright & Meehan
100 Church Alley
Chestertown, MD 21620