**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| Plaintiff, | * |
| v. | * Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, <u>et al.</u>, | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>DEFENDANT'S DESIGNATION OF EXPERT WITNESS</u>**

NOW COMES the Defendant, former law firm Seals Jones Wilson Garrow & Evans, ("LLP" or "Firm"), by and through its attorneys and pursuant to Federal Rules of Civil Procedure 26 and the Court's Scheduling Order, and submits this statement concerning an expert witness that it intends to call at trial and the testimony he expects to elicit:

1.	The defendant offers Rignal Baldwin, Jr., Esq., of Brassel & Baldwin, 112 West Street, Annapolis, Maryland 21401, 410-216-7900. Mr. Baldwin is a licensed attorney in private practice. He works for the above firm as noted with a focus upon trial and appellate work. A copy of the written report prepared and signed by Mr. Baldwin has been provided to plaintiff's counsel, but not included herein in this filing. The original has been retained by defendant's counsel consistent with the federal rules of discovery. In summary, the report provides Mr.

1

Baldwin's opinion that, within a reasonable degree of professional certainty, the former law firm is not responsible for the alleged acts of negligence committed by defendants Jones and Harvey, which led to plaintiff's alleged wrongful confinement and resulting injuries. The report describes his opinion and the basis in greater detail. Additionally, Mr. Baldwin provides relevant information and data consistent with full compliance with the federal rules regarding the disclosures required by expert witnesses.

                                                          _____
George L. Garrow, Jr., Esq.
Ferguson Evans, Esq.
Garrow & Evans, LLP
1775 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006
Counsel for Defendant LLP

## **CERTIFICATE OF SERVICE**

     I hereby certify that service as required by the rules of this Court has been made by fax to plaintiff's counsel on this 23nd day of May 2003, and true copies of the foregoing were sent by first-class mail, postage prepaid, to the co-defendants, on May 23, 2003, as follows:

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, DC 20001

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 200

Washington, DC 20001

Andrew C. Meehan
Wright & Meehan
100 Church Alley
Chestertown, MD 21620

_____
George L. Garrow, Jr., Esq.