July 14, 2003

**BY ECF Filing and First Class Mail to All Parties**
The Honorable Catherine Blake
USDC for the District of Maryland
101 Lombard Street
Baltimore, MD 21201

   Re: <u>Dow v. Jones, et. al.</u>
     Civil Case No. CCB-01-2303

To the Honorable Judge Catherine Blake:

 Please accept this letter as a status report prepared in accordance with your amended scheduling order.

 Expert witnesses have been noticed by the parties. The defendant former law firm is preparing to depose the plaintiff during the month of August, and plaintiff has agreed to provide available dates. Defendant also awaits the return of interrogatory responses from the plaintiff, and expects to have these responses shortly. While the parties agree that we have most of the documents required to move forward in this case, defendant made a request for a cancelled check that plaintiff Mr. Dow may have tendered to co-defendant Messrs. Jones and/or Harvey for services rendered. Counsel agreed to ask his client about the existence of this cancelled check, obtain a copy and provide the same to defendant. Receipt of this document, or an acknowledgment of its nonexistence, is required prior to the dispositive motion deadline. Plaintiff also acknowledged difficulty in obtaining a complete medical billing statement re: plaintiff's injuries but agreed to continue to pursue this document and provide it.

 As noted above, the parties anticipate dispositive motions as per the scheduling order.

 Thank you.

            _____/S/_____
            George L. Garrow, Jr., Esq.
            For Defendant Former Law Firm

cc: all parties