# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| JEFFREY DOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No. CCB-01-2303 |
| v. | * | |
| | * | |
| JAMES BENNY JONES, <u>et al.</u>, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *CONSENT* MOTION OF THE PARTIES:
## FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND THE TIME FOR FILING OF DISPOSITIVE MOTIONS

NOW COMES the Defendant, former law firm Seals Jones Wilson Garrow & Evans, ("LLP" or "Firm"), and the plaintiff Jeffrey Dow, by and through their attorneys, and pursuant to the rules of this Court hereby move for an extension of time until Friday, September 26, 2003, to file dispositive motions in this case. Because of the commitments of counsel, including out-of-town schedules and vacations, the additional time is requested. Further, the additional time allowed to file dispositive motions will permit the parties to complete the deposition of plaintiff, the forwarding by plaintiff of responses to defendant's interrogatories, and mutual responses to requests for admissions, which previously have been filed by both parties. The parties both agree that completion of the above discovery matters will facilitate the filing of dispositive motions. A modification in the scheduling order to

permit the filing of dispositive motion on or before Friday, September 26, therefore is requested.

WHEREFORE, the above parties by *consent* hereby move this Court to grant the above motion, and any other relief that is necessary to accommodate this request.

Respectfully submitted,

_____    _____
George L. Garrow, Jr., Esq.                           Andrew C. Meehan, Esq.
Ferguson Evans, Esq.                                     Wright & Meehan
Garrow & Evans, LLP                                     1000 Church Alley
1775 Pennsylvania Ave., NW                        Chestertown, MD 21620
Suite 400
Washington, DC 20006
Counsel for Defendant LLP

## CERTIFICATE OF SERVICE

I hereby certify that service as required by the rules of this Court has been made by the parties by first class mail, postage prepaid, on the following defendant on this 15nd day of August 2003:

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, DC 20001

_____
George L. Garrow, Jr., Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| Plaintiff, | * |
| v. | * Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, <u>et al.</u>, | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *CONSENT* MOTION OF THE PARTIES: FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND THE TIME FOR FILING OF DISPOSITIVE MOTIONS

UPON CONSIDERATION of the Defendant LLP and the plaintiff's Consent Motion Of The Parties: For Modification Of Scheduling Order To Extend The Time For Filing Of Dispositive Motions; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that the Consent Motion Of The Parties: For Modification Of Scheduling Order To Extend The Time For Filing Of Dispositive Motions be, and is hereby, GRANTED, and that the Scheduling Order is hereby so modified:

| | |
|---|---|
| **Dispositive pretrial motions deadline** | September 26, 2003 |

3

ENTERED this _____ day of _____, 2003.

_____
United States District Judge

Copies to:

George L. Garrow, Jr., Esquire
Ferguson Evans, Esquire
Garrow & Evans, LLP
1775 Pennsylvania Ave., NW, Suite 400
Washington, DC 20006

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, DC 20001

Andrew C. Meehan, Esquire
Wright & Meehan
100 Church Alley
Chestertown, MD 21620