IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Case No.  CCB-01-2303 |
| v. | * |
| | * |
| JAMES BENNY JONES, et al., | * |
| | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *JOINT* MOTION
### FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND THE TIME FOR FILING OF DISPOSITIVE MOTIONS

NOW COMES the plaintiff Jeffrey Dow, and by and through their attorneys, and the Defendant, former law firm Seals Jones Wilson Garrow & Evans, ("LLP" or "Firm"), pursuant to the rules of this Court hereby jointly move for an extension of time until Friday, October 24, 2003, to file dispositive motions in this case.  Because of the necessity for the Defendant to complete the deposition of plaintiff that had to be rescheduled in view of Hurricane Isabel, and the commitments of counsel and the college schedule of the Plaintiff impinging upon the parties to reschedule same to allow enough time for a transcript to be prepared, the additional time is requested. The parties both agree that completion of the deposition and other discovery matters will facilitate the filing of dispositive motions. A modification in the scheduling order to permit the filing of dispositive motions on or before Friday, October 24, therefore is requested.

WHEREFORE, the above parties hereby jointly move this Court to grant the above motion,

and any other relief that is necessary to accommodate this request.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| George L. Garrow, Jr., Esq. | Andrew C. Meehan, Esq. |
| Ferguson Evans, Esq. | Wright & Meehan |
| Garrow & Evans, LLP | 100 Church Alley |
| 1775 Pennsylvania Ave., NW | Chestertown, MD 21620 |
| Suite 400 | Counsel for Plaintiff |
| Washington, DC 20006 | |
| Counsel for Defendant LLP | |

## CERTIFICATE OF SERVICE

I hereby certify that service as required by the rules of this Court has been made by the parties by first class mail, postage prepaid, on the following defendant on this 22nd day of September 2003:

> James Benny Jones, Esquire
> 666 Eleventh Street, NW, Suite 840
> Washington, DC 20001
>
> Edwin H. Harvey, Esquire
> 666 Eleventh Street, NW, Suite 1030
> Washington, D.C. 20001

_____
Andrew C. Meehan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| JEFFREY DOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No. CCB-01-2303 |
| v. | * | |
| | * | |
| JAMES BENNY JONES, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING JOINT MOTION
### FOR MODIFICATION OF SCHEDULING ORDER TO EXTEND THE TIME FOR
### FILING OF DISPOSITIVE MOTIONS

UPON CONSIDERATION of the Plaintiff's and the Defendant LLP's Joint Motion For Modification of Scheduling Order To Extend the Time For Filing of Dispositive Motions; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that said Joint Motion For Modification of Scheduling Order To Extend the Time For Filing of Dispositive Motions be, and is hereby, GRANTED, and that the Scheduling Order is hereby so modified:

| | |
|---|---|
| **Dispositive pretrial motions deadline** | October 24, 2003 |

ENTERED this _____ day of _____, 2003.

_____
United States District Judge

3

Copies to:

George L. Garrow, Jr., Esquire
Ferguson Evans, Esquire
Garrow & Evans, LLP
1775 Pennsylvania Ave., NW, Suite 400
Washington, DC 20006

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, DC 20001

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, D.C.  20001

Andrew C.  Meehan, Esquire
Wright & Meehan
100 Church Alley
Chestertown, MD 21620