IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Case No. CCB-01-2303 |
| | * |
| JAMES BENNY JONES, et al., | * |
| | * |
| Defendants. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on this 22nd day of September, 2003, Plaintiff's Answers to the Requests for Admission propounded by Defendant Seals Jones Wilson Garrow & Evans, together with a copy of this Notice, were sent by first class mail, postage prepaid, to:

George L. Garrow, Jr., Esquire
Garrow & Evans, LLP
1775 Pennsylvania Avenue, NW, Suite 400
Washington, DC  20006

and copies of this notice only were sent by first class mail, postage prepaid, to the following:

James Benny Jones, Esquire
1707 H Street, NW, Suite 200
Washington, DC  20006

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, D.C.  20001

_____
Andrew C. Meehan
Wright & Meehan
100 Church Alley
Chestertown, MD  21620
(410) 778-0266
ATTORNEY FOR PLAINTIFF