*START*START*START*START*START*START*START*START*START*START*START*START* STAR T*

(C) 2001 West Group. Copyright is not claimed as to any part of the original work prepared by a U.S. government officer or employee as part of that person's official duties. All rights reserved. No part of a Westlaw transmission may be copied, downloaded, stored in a retrieval system, further transmitted or otherwise reproduced, stored, disseminated, transferred or used, in any form or by any means, except as permitted in the Westlaw Subscriber Agreement, the Additional Terms Governing Internet Access to Westlaw or by West's prior written agreement. Each reproduction of any part of a Westlaw transmission must contain notice of West's copyright as follows: "Copr. (C) West Group 2001 No claim to orig. U.S. govt. works." Registered in U.S. Patent and Trademark Office and used herein under license: Westlaw and WIN. heyCite is a registered trademark of West Licensing Corporation, used herein under license. WIN natural language is protected by U.S. Patent Nos. 5,265,065, 5,418,948 and 5,488,725.

Date of Request: 06/07/01 The Current Database is DC STANN95 Your Terms and Connectors Query:

"REGISTERED LIMITED LIABILITY PARTNERSHIP AMENDMENT ACT"

*START*START*START*START*START*START*START*START*START*START*START*START*STAR T*

Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-148
D.C. CODE 1981 s 41-148

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-148 Applicability of chapter to foreign and interstate commerce.

(a) A partnership or registered limited liability partnership organized and existing under this chapter may conduct its business, carry on its operations, and exercise the powers granted by this chapter in any state, territory, district, or possession of the United States or in any foreign country.
(b) It is the intent of the Council that the legal existence of registered limited liability partnerships organized in the District of Columbia be recognized outside the boundaries of the District of Columbia and that, subject to any reasonable requirement of registration, a District of Columbia registered limited liability partnership transacting business outside the District of Columbia be granted full faith and credit.
(c) The liability of partners in a registered limited liability partnership organized and existing under this chapter for the debts and obligations of the registered limited liability partnership, or for the acts or omission of other partners, employees, or representatives of the registered limited liability partnership, shall at all times be determined solely and exclusively by the provisions of this chapter and any regulations promulgated hereunder.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709, s 49, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Effect of amendments. -- D.C. Law 10-34 added this section.

Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-148 DC ST s 41-148 END OF DOCUMENT
Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-105.1
D.C. CODE 1981 s 41-105.1

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-105.1 Registration and fees.

(a) The Mayor may require that partnerships register on forms provided by the Mayor, and that partnerships be assessed a fee for the registration.
(b) The proposed fee schedule shall be submitted to the Council for a 45-day period of review, excluding Saturdays, Sundays, legal holidays, and days of Council recess. If the Council does not approve or disapprove the proposed rules, in whole or in part, by resolution within this 45-day review period, the proposed fee schedule shall be deemed approved. Nothing in this section shall affect any requirements imposed upon the Mayor by subchapter I of Chapter 15 of Title 1.

(Sept. 27, 1962, 76 Stat. 637, Pub. L. 87-709, s 6a, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Effect of amendments. -- Law 10-34 added the section.

Legislative history of Law 10-34. -- Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993," was introduced in Council and assigned Bill No. 10-18, which was referred to the Committee on Consumer and Regulatory Affairs. The Bill was adopted on first and second readings on June 1, 1993, and July 13, 1993, respectively. Signed by the Mayor on July 29, 1993, it was assigned Act No. 10-66 and transmitted to both Houses of Congress for its review. D.C. Law 10-34 became effective on October 15, 1993.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-105.1
DC ST s 41-105.1
END OF DOCUMENT
Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-143
D.C. CODE 1981 s 41-143

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-143 Registered limited liability partnerships.

(a) To become a registered limited liability partnership, a partnership must file an application with the Department of Consumer and Regulatory Affairs ("Department") that sets forth the following:
    (1) The name of the registered limited liability partnership;
  (2) The address of the principal office and the name and address of the registered agent for service of process on limited liability partnerships and general partnerships;
      (3) The written permission of the registered agent to serve as registered

agent;

  (4) The number of partners;

  (5) A brief statement of the business in which the limited liability partnership engages;

  (6) A statement that the limited liability partnership will maintain insurance coverage required pursuant to s 41-145 at all times during which it conducts business in the District; and

    (7) Any other information the Department considers appropriate.

  (b) The application must be executed by a majority in interest of the partners or by 1 or more partners authorized by a majority in interest of the partners.

  (c) The Department shall register or renew any partnership that submits a satisfactorily completed application.

  (d) Registration is effective for 1 year after the date the registration is filed, unless voluntarly withdrawn by filing with the Department a written withdrawal notice executed by a majority in interest of the partners or by 1 or more partners authorized by a majority in interest of the partners, and shall be renewed annually on the anniversary date of the original registration.

  (e) The Department shall provide forms for application or for renewal of registration.

  (f)(1) The Department shall assess charges and publish a schedule of fees for registration, renewal, and amendments.

  (2) The proposed fee schedule shall be submitted to the Council for a 45-day period of review, excluding Saturdays, Sundays, legal holidays, and days of Council recess. If the Council does not approve or disapprove the proposed rules, in whole or in part, by resolution within this 45-day review period, the proposed fee schedule shall be deemed approved. Nothing in this section shall affect any requirements imposed upon the Mayor by subchapter I of Chapter 15 of Title 1.

  (g) Unless otherwise specifically provided by other provisions of this chapter, the registered limited liability partnership shall be subject to all the provisions of this chapter.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709, s 44, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

  Section references. -- This section is referred to in ss 41-101, 41-147.

  Effect of amendments. -- D.C. Law 10-34 added this section.

  Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-143 DC ST s 41-143 END OF DOCUMENT Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-144
D.C. CODE 1981 s 41-144

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-144 Name of registered limited liability partnerships.

The name of a registered limited liability partnership shall contain the words "Registered Limited Liability Partnership" or the abbreviation "L.L.P." as the last words or letters of its name.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709, s 45 as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Section references. -- This section is referred to in s 41-101.

Effect of amendments. -- D.C. Law 10-34 added this section.

Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-144 DC ST s 41-144 END OF DOCUMENT
Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-145
D.C. CODE 1981 s 41-145

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-145 Insurance requirement for registered limited liability
partnerships.

(a) A registered limited liability partnership shall carry liability insurance in the amount of coverage of either (i) at least $100,000 of liability insurance of a type that is designed to cover the kind of errors, omissions, negligence, incompetence, or malfeasance for which liability is limited by s 41-146, or (ii) coverage in a minimum amount of not less than the amount carried by the individual partner carrying the greatest amount of individual liability insurance, whichever is greater.
(b) If the registered limited liability partnership is in compliance with the requirements of subsection (a) of this section, the requirements of this section shall not be admissible or in any way made known to the jury in determining the issue of liability or extent of the debt or obligation or damages in question.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709 s 46, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Section references. -- This section is referred to in ss 41-101, 41-143.

Effect of amendments. -- D.C. Law 10-34 added this section.

Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-145 DC ST s 41-145 END OF DOCUMENT
Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-146
D.C. CODE 1981 s 41-146

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-146 Nature of partners' liability in registered limited liability partnership.

(a) A partner in a registered limited liability partnership is not individually liable for debts and obligations of the partnership arising from errors, omissions, negligence, incompetence, or malfeasance committed in the course of the partnership business by a second partner or a representative of the partnership not working under the supervision or direction of the first partner at the time the errors, omissions, negligence, incompetence, or malfeasance occurred, unless the first partner:
(1) Was directly involved in the specific activity in which the errors, omissions, negligence, incompetence, or malfeasance were committed by the other partner or representative; or
(2) Had written notice or knowledge of the errors, omissions, negligence, incompetence, or malfeasance that were committed by the other partner or representative at the time of occurrence.
(b) Subsection (a) of this section does not affect the joint liability of the partner for debts and obligations of the partnership arising from any cause other than those specified in subsection (a) of this section.
(c) Subsection (a) of this section does not affect the liability of partnership assets for partnership debts and obligations.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709, s 47, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Section references. -- This section is referred to in s 41-145.

Effect of amendments. -- D.C. Law 10-34 added this section.

Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, **April 28, 1994 (41 DCR** 2534).

D.C. CODE 1981 s 41-146
DC ST s 41-146
END OF DOCUMENT
Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-147
D.C. CODE 1981 s 41-147

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER 1. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-147 Foreign registered limited liability partnerships.

Foreign limited liability partnerships may conduct business in the District of Columbia upon filing a legally sufficient application pursuant to s 41-143 and other applicable laws and regulations of the District. The laws of the state or other jurisdiction under which a foreign registered limited liability partnership is organized shall govern its organization and internal affairs and the liability of its partners. A foreign registered limited liability partnership may not be prohibited from doing or transacting business in the District of Columbia by reason of any difference between the laws of the state or other jurisdiction under which it is organized and the laws of the District of Columbia.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709, s 48, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Effect of amendments. -- D.C. Law 10-34 added this section.

Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-147
DC ST s 41-147
END OF DOCUMENT
Copr. (C) West 2001 No Claim to Orig. U.S. Govt. Works

DC ST S 41-148

D.C. CODE 1981 s 41-148

DISTRICT OF COLUMBIA CODE 1981
PART V. GENERAL STATUTES.
TITLE 41. PARTNERSHIPS.
CHAPTER I. Uniform Partnerships.
Copyright (C) 1981-1995 by The District of Columbia. All rights reserved.

s 41-148 Applicability of chapter to foreign and interstate commerce.

(a) A partnership or registered limited liability partnership organized and existing under this chapter may conduct its business, carry on its operations, and exercise the powers granted by this chapter in any state, territory, district, or possession of the United States or in any foreign country.

(b) It is the intent of the Council that the legal existence of registered limited liability partnerships organized in the District of Columbia be recognized outside the boundaries of the District of Columbia and that, subject to any reasonable requirement of registration, a District of Columbia registered limited liability partnership transacting business outside the District of Columbia be granted full faith and credit.

(c) The liability of partners in a registered limited liability partnership organized and existing under this chapter for the debts and obligations of the registered limited liability partnership, or for the acts or omission of other partners, employees, or representatives of the registered limited liability partnership, shall at all times be determined solely and exclusively by the provisions of this chapter and any regulations promulgated hereunder.

(Sept. 27, 1962, 76 Stat. 648, Pub. L. 87-709, s 49, as added by Oct. 15, 1993, D.C. Law 10-34, s 2(b), 40 DCR 5764.)

NOTES, REFERENCES, AND ANNOTATIONS

Effect of amendments. -- D.C. Law 10-34 added this section.

Legislative history of Law 10-34. -- See note to s 41-105.1.

Delegation of Authority Pursuant to D.C. Law 10-34, the "Registered Limited Liability Partnership Amendment Act of 1993". -- See Mayor's Order 94-103, April 28, 1994 (41 DCR 2534).

D.C. CODE 1981 s 41-148
DC ST s 41-148
END OF DOCUMENT

*END*END*END*END*END*END*END*END*END*END*END*END*END*END*END*END*E ND*

| | | |
|---|---|---|
| Date and Time Printing Started: | 06/07/2001 | 07:24:08 am |
| (Central) | | |
| Date and Time Printing Ended: | 06/07/2001 | 07:24:09 am |
| (Central) | | |
| Offline Transmission Time: | | 00:00:01 |
| Number of Requests in Group: | 2 | |
| Number of Lines Charged: | 373 | |

*END*END*END*END*END*END*END*END*END*END*END*END*END*END*END*END*E ND*

Filename:            Exhibit B.doc
Directory:           A:
Template:            C:\Documents and Settings\dpwuser\Application
         Data\Microsoft\Templates\Normal.dot
Title:
Subject:
Author:
Keywords:
Comments:
Creation Date:       10/24/2003 12:56 PM
Change Number:       1
Last Saved On:
Last Saved By:
Total Editing Time:  0 Minutes
Last Printed On:     10/24/2003 12:56 PM
As of Last Complete Printing
     Number of Pages:       9
     Number of Words:       2,686 (approx.)
     Number of Characters:  15,311 (approx.)