# WRIGHT & MEEHAN

ATTORNEYS AT LAW

100 CHURCH ALLEY

AT LAWYERS ROW

CHESTERTOWN, MARYLAND 21620

TELEPHONE 410-778-0266

FACSIMILE 410-778-2918

E-MAIL wrightmeehan@yahoo.com

DAVID CRAIG WRIGHT
(ADMITTED IN MD, DC, PA & NJ)

STEPHEN Z. MEEHAN
J.D.LL.M. (TAXATION)

JOSEPH B. TETRAULT

ANDREW C. MEEHAN

PAULINE K. WHITE

JOSEPH C. FLANAGAN, JR.

NORMA JEAN BOONE
(OFFICE ADMINISTRATOR)

101 WEST READ STREET
SUITE 705
BALTIMORE, MARYLAND 21201
TELEPHONE 410-625-7546
FACSIMILE 410-625-0681

January 23, 2003

George L. Garrow, Jr., Esquire
Garrow & Evans, L.L.P.
1775 Pennsylvania Avenue, NW, Suite 400
Washington, DC  20006

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, D.C.  20001

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, D.C.  20001

Re:   Jeffrey Dow v. James B. Jones, et al.
U.S. District Court for the District of Maryland
Civil No. CCB-01-2303

Gentlemen:

Enclosed are the experts' reports for Professor Anderson and Dr. Lohr in the above referenced matters. I expect to be able to forward the report of Dr. Phocas tomorrow. F.R.Civ.P. 26(a) requires that with our disclosure of expert witnesses, we provide "a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; and exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years."

WRIGHT & MEEHAN

George L. Garrow, Jr., Esquire
Edwin H. Harvey, Esquire
James Benny Jones, Esquire
January 23, 2003
Page 2


**Professor Anderson:**

The compensation to be paid to Professor Anderson for his study and testimony herein has been an initial fee of $1,000.00 through the preparation of his report, plus an hourly fee of $150.00 on a going forward basis. Professor Anderson's report consists of his written and signed report containing a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by him in forming the opinions, and the exhibits to be used as a summary of or support for the opinions, copies of which are enclosed herewith and which consist of the following:

1.  Court transcripts from the following court proceedings:
    a. The two day trial;
    b. The hearings on Mr. Dow's motion for new trial and his sentencing; and
    c. The hearing on Mr. Dow's petition for post-conviction relief.

2.  Plaintiff's Petition for Post-Conviction Relief and the Court's order granting same, vacating the judgment and verdict;

3.  The State's Application for Leave to Appeal, Mr. Dow's response, and the Court of Specials Appeals' order denying said application;

4.  Docket sheet from Mr. Dow's criminal case; and

5.  Plaintiff's First Amended Complaint

Also enclosed is Professor Anderson's accompanying curriculum vitae listing his qualifications and all publications authored by him within the preceding ten years, and listing any other cases in which he has testified as an expert at trial or by deposition within the preceding four years.

**Dr. Lohr:**

The compensation to be paid to Dr. Lohr for his study and testimony herein has been an initial fee of $500.00 through the preparation of his report plus the anticipated amendment thereto referenced below, plus an hourly fee in accordance with his fee schedule enclosed herewith. Dr. Lohr's report consists of his written and signed report containing a complete statement of all opinions to be expressed and the basis and reasons therefor, the data or other information considered by him in forming the opinions, and a reference to the exhibits to be used as a summary of or support for the opinions, copies of which are enclosed herewith and which consist of Mr. Dow's medical records from Benjamin Knox's office, who performed spinal fusion surgery, as well as his records from the providers who treated him following the attempted strangling while he was incarcerated. Please note that I have yet to receive his medical records from Easton Memorial Hospital, where the surgery was performed, but will be forwarding them to Dr. Lohr for his review thereof and a brief amendment to his report with respect thereto, hopefully within the next few weeks.

WRIGHT & MEEHAN

George L. Garrow, Jr., Esquire
Edwin H. Harvey, Esquire
James Benny Jones, Esquire
January 23, 2003
Page 3

     Also enclosed is Dr. Lohr's accompanying curriculum vitae listing all publications authored by him within the preceding ten years. It does not include a listing of any other cases in which he has testified as an expert at trial or by deposition within the preceding four years, as he does not keep a record thereof, although I understand that he is involved in an average of four cases per year. If this lack of information is going to be an issue with you please notify me immediately so that I can seek the appropriate relief from the Court.

     In closing, I wanted to thank you again for consenting to the extensions of time to allow for completion of these reports, and I will certainly return the favor should you require additional time. Further, I stand ready to discuss settlement in this matter at your convenience. Finally, the last two pieces of mail I have sent to Mr. Jones have been returned with no forwarding address. Please provide me with his new address if that is available.

                                                     Very truly yours,

                                                     Andrew C. Meehan

ACM/hs
Enclosures