IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

| | |
|---|---|
| JEFFREY DOW, | * |
| Plaintiff, | * |
| v. | *   Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, et al., | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDMENT

Plaintiff Jeffrey Dow ("Plaintiff"), and Defendant Seals Jones Wilson Garrow & Evans, L.L.P., by and through their respective attorneys, have stipulated to an extension of time until *November 24, 2003*, for Plaintiff to respond to the Motion for Summary Judgment filed herein by said Defendant, and hereby request this Honorable Court's approval thereof.

/s/_____
Andrew C. Meehan
Federal Bar No. 26615
Wright & Meehan
100 Church Alley
Chestertown, Maryland  21620
Telephone:  (410) 778-0266
Facsimile:   (410) 778-2918
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5(a) has been made in that on this 18th day of November, 2003, true copies of the foregoing were sent by first-class mail, postage prepaid, to the following:

>Edwin H. Harvey
>666 Eleventh Street, NW, Suite 1030
>Washington, D.C.  20001
>
>George L. Garrow, Jr., Esquire
>Garrow & Evans, LLP
>1775 Pennsylvania Avenue, NW, Suite 400
>Washington, DC  20006
>
>James Benny Jones, Esquire
>666 Eleventh Street, NW, Suite 840
>Washington, DC 20001

/s/_____
Andrew C. Meehan