940014

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION
CORPORATIONS DIVISION
614 H STREET, N.W. ROOM 407
WASHINGTON, D.C. 20001

APPLICATION OF LIMITED LIABILITY PARTNERSHIP

Pursuant to the provisions of the District of Columbia Registered Limited Liability Partnership Amendment Act of 1993, we, the undersigned partners present this Application of Limited Liability Partnership for filing. We acknowledge that the making of a false statement in this application is punishable by criminal penalties under section 404 of the District of Columbia Theft and White Collar Crime Act of 1982 as amended.

1. Name of the Limited Liability Partnership: SEALS JONES WILSON GARROW & EVANS, L.L.P.

2. Address of its Principal Office: 1010 Massachusetts Ave., N.W. Suite 300, Washington, D.C. 20001-5402

3. Name and address of its registered agent: George L. Carrow, Jr. 1010 MASS AVE NW SUITE 300 W4TH FL [illegible]

   (Attach the written permission of the registered agent to so serve.)

4. Provide a brief statement of the business in which the Limited Liability Partnership engages:

   The primary pupose of the limited liability partnership is to engage in the practice of law.

5. Provide a statement that the limited liability partnership will maintain insurance coverage required pursuant to section 46 at all times during which it conducts business in the District.

   The partnership shall maintain the requisite amount of liability insurance as required by applicable D.C. law.

EXHIBIT
B

- 2 -

6. The number of partners: <u>five (5)</u>

7. Signature, name and address of each partner who is authorized by a majority in interest of the partners:

1. _[signature]_   Ferguson Evans
   Signature          Name
   1010 Mass. Ave., N.W., Suite 300, Wash., D.C. 20001
   Address

2. _[signature]_   George L. Garrow, Jr.
   Signature          Name
   1010 Mass. Ave., N.W., Suite 300, Washington, D.C. 20001
   Address

3. _[signature]_   James B. Jones
   Signature          Name
   1010 Mass. Ave., N.W., Suite 300, Washington, D.C. 20001
   Address

4. _[signature]_   William E. Seals
   Signature          Name
   1010 Mass. Ave., N.W., Suite 300, Wash., D.C. 20001
   Address

5. _[signature]_   Robert M. Wilson
   Signature          Name
   1010 Mass. Ave, N.W., Suite 300, Wash., D.C. 20001
   Address

(Attach additional signatures, names, and addresses if necessary)

\* The application must be executed by a majority in interest of the partners or by 1 or more partners authorized by a majority in interest of the partners.

\*\* Registration is effective for 1 year after the date the registration is filed, unless voluntarily withdrawn or renewed annually on the anniversary date of the original registration. The Department shall renew any partnership that submits a satisfactorily completed application for renewal.

\*\*\*If the renewal application is unpaid at the time that it is due, a penalty of $50.00 is charged and interest shall accrue on the renewal fee at the rate of 5% per month.

\*\*\*\*CANCELLATIONS!  CANCELLATIONS!  CANCELLATION!
Failure to renew by the 45th day after the anniversary date of the original registration would result in automatic cancellation.

FILE IN DUPLICATE WITH ORIGINAL SIGNATURES ON EACH
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*Department Use Only:  Filing Fee: $150.00 ✓  Date Fi MAY 17 1994
By  RDH

DEPARTMENT OF CONSUMER A[ND]
BUSINESS REGULATION
CORPORATIONS
614 H STREET, N.W[.]
WASHINGTON, [D.C.]

WRITTEN CONSENT TO ACT A[S]

TO: THE SUPERINTENDENT OF CORPORATIONS
BUSINESS REGULATION ADMINISTRATION
DEPT. OF CONSUMER & REGULATORY AFF[AIRS]
WASHINGTON, D.C.

(A) BY A DISTRICT OF CO[LUMBIA]

PURSUANT TO THE DISTRICT OF COLUMBIA U[NIFORM]
AMENDED (D.C. CODE, July 1993) TITLE 4[...]

I, __George L. Garrow, Jr.__
A BONAFIED RESIDENT OF THE DISTRICT OF [COLUMBIA]
ACT AS A REGISTERED AGENT FOR:

(NAME OF LIMITED LIABILITY PARTNERSHIP[)]

SEALS JONES WILSON GARROW & EVANS, L.[L.P.]

ADDRESS OF REGISTERED AGENT __1010 Mass[...]__
DATE: __5-16-94__

(B) BY A LEGALLY AUTHOR[IZED]

THE CORPORATION HEREIN NAMED IS:

AN AUTHORIZED CORPORATE REGISTERED AGE[NT]
COLUMBIA, PER SIGNATURES OF IT'S PRESI[DENT]
SECRETARY/ASSISTANT SECRETARY, HEREIN [CONSENTS TO ACT AS REGISTERED]
AGENT FOR:

(NAME OF LIMITED LIABILITY PARTNERSHIP[)]