GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION



CERTIFICATE

THIS IS TO CERTIFY that all applicable provisions of the DISTRICT OF COLUMBIA REGISTERED LIMITED LIABILITY PARTNERSHIP ACT have been complied with and accordingly, this CERTIFICATE of  Limited Liability Partnership

is hereby issued to:  SEALS JONES WILSON GARROW & EVANS, L.L.P.

as of  May  17 , 19 94

Hampton Cross
Acting Director

Barry K. Campbell
Acting Administrator
Business Regulation Administration

                    Assistant        Superintendent of Corporations
                                     Corporations Division

Sharon Pratt Kelly
Mayor

EXHIBIT
C