LAW OFFICES
## SEALS JONES WILSON GARROW & EVANS, L.L.P.

1010 MASSACHUSETTS AVENUE, N.W. SUITE 300
WASHINGTON, D.C. 20001
(202) 371-5100

FAX: (202) 371-5187

CONNECTICUT OFFICE:
185 ASYLUM STREET
CITY PLACE
THIRTY-FIRST FLOOR
HARTFORD, CT 06103

(203) 249-7117

## CRIMINAL RETAINER AGREEMENT

I, __Jeffrey Dow__, hereby agree to retain the legal services of Attorney James Benny Jones to provide representation on the charge(s) in the __Wicomico County, MD__ Court. This representation is for criminal defense in case number __97 CR 0370__ on the charge(s) of __Sexual Contact__.

Payment for these services is __$12,500.00__ to be paid as follows: __$1000.00__ down, with the remainder to be paid __when defendants resources allow__.

I agree to assume the costs associated with this litigation.

_____
James Benny Jones

_____
Signature(s)

_____
Jan 15, 1997
Date

_____
1-15-97
Date

EXHIBIT
D