LAW OFFICES
## SEALS JONES WILSON GARROW & EVANS, L.L.P.
1010 MASSACHUSETTS AVENUE, N.W. SUITE 300
WASHINGTON, D.C. 20001
(202) 371-5100

FAX: (202) 371-5187

via facsimile (410) 860-2425

March 11, 1997

Abigail H. Marsh, Esquire
Assistant State Attorney
Wicomico County Courthouse
P.O. Box 1006
Salisbury, MD  21803

RE: State of Maryland vs. Jeffrey Dow, #97CRO370

Dear Ms. Marsh:

Please be advised of my representation in the above-entitled matter.  My appearance in this case is forthcoming.  Should you have any questions in this regard, please feel free to contact me.

Sincerely,

James Benny Jones

cc:   Jeffrey Dow
      Office of The Public Defender                Fax (410) 548-5138
      Circuit Court for Wicomico County            Fax (410) 548-4826

EXHIBIT
E