IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| JEFFREY DOW, | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, et al., | * | |
| Defendants. | * | |

EXHIBIT F

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT LLP'S ANSWERS TO REQUESTS FOR ADMISSION**

Comes Now, Defendant, by and through his attorneys, pursuant to the rules of this Court, hereby answers Plaintiff's Request for Admissions as follows:

1.  The law firm of Seals Jones Wilson Garrow & Evans, L.L.P., was formed under the provisions of the District of Columbia Registered Limited Liability Act of 1993.

**ANSWER:** Admitted as a qualified answer that the law firm of Seals Jones Wilson Garrow & Evans, L.L.P. originally was formed under this Act and then subsequently amended under the District of Columbia Registered Limited Liability Act of 1995, as amended.

2.  The document entitled "Application of Limited Liability Partnership" attached as <u>Exhibit A</u> to these requests is an accurate copy of a genuine document submitted by Seals Jones Wilson Garrow & Evans, L.L.P., as its Application of Limited Liability Partnership, unto the Government of the District of Columbia, Department of Consumer and Regulatory Affairs, Business Regulation Administration, Corporations

Division.

**ANSWER:** Admitted.

3.  The document entitled "Certificate of Limited Liability Partnership" attached as <u>Exhibit B</u> to these requests is an accurate copy of a genuine document issued to Seals Jones Wilson Garrow & Evans, L.L.P by the Government of the District of Columbia effective as of May 17, 1994, as its Certificate of Limited Liability Partnership.

**ANSWER:** Admitted

4.  The document entitled "Criminal Retainer Agreement" attached as <u>Exhibit C</u> to these requests is an accurate copy of a genuine document signed by James Benny Jones on or about January 15, 1997, and bearing the letterhead of Seals Jones Wilson Garrow & Evans, L.L.P.

**ANSWER:** Admitted as a qualified answer that the document attached as <u>Exhibit C</u> bears the letterhead of Seals Jones Wilson Garrow & Evans, L.L.P. With respect to the request to admit or deny that <u>Exhibit C</u> is an accurate copy of a genuine document signed by James Benny Jones on or about January 15, 1997, after reasonable inquiry, the information known or readily obtainable by the defendant is insufficient to enable the defendant to admit or deny the matter as drafted.

5.  The document entitled "Criminal Retainer Agreement" attached as <u>Exhibit C</u> to these requests is a true copy of a retainer agreement entered into between Plaintiff Jeffrey Dow and Defendants Seals Jones Wilson Garrow & Evans, L.L.P. and James Benny Jones.

**ANSWER:** Denied.

6.    The document attached as Exh

of a genuine document signed by James Be

bearing the letterhead of Seals Jones Wilson

**ANSWER:** Admitted as a qualified answer

bears the letterhead of Seals Jones Wilson G

request to admit or deny that Exhibit D is a

signed by James Benny Jones on or about Ma

information known or readily obtainable by th

defendant to admit or deny the matter as drafte

7.    James Benny Jones was a partner

L.L.P., as of January 15, 1997, and as of March

**ANSWER:** Denied.

8.    As of January 15, 1997, James Be

retainer agreements with clients on behalf of Sea

**ANSWER:** Denied.

9.    As of March 11, 1997, James Ben

appearance and that of Seals Jones Wilson Garro

on behalf of clients.

ANSWER

**ANSWER:** As a qualified answer, defendant admits that any counsel representing a criminal defendant, including Mr. Jones in his representation of plaintiff, has a duty to represent his or her client with the reasonable care, skill, and diligence possessed and exercised by ordinary attorneys in similar circumstances.

11. Defendant Jones's duties included the responsibility to investigate every phase of Plaintiff's case, and to effectively and competently conduct Plaintiff's defense at his criminal trial.

**ANSWER:** As a qualified answer, defendant admits that any counsel's duties representing a criminal defendant, including Mr. Jones in his representation of plaintiff, include the responsibility to investigate every phase of his or her client's case, and to effectively and competently conduct his or her client's defense at his criminal trial.

12. Defendant Jones failed to investigate every phase of Plaintiff's criminal case, and to effectively and competently conduct Plaintiff's defense at his criminal trial.

**ANSWER:** After reasonable inquiry, the information known or readily obtainable by the defendant is insufficient to enable the defendant to admit or deny the matter as drafted, and accordingly the matter is denied.

13. As Mr. Dow's counsel in the criminal proceeding that is the subject of this action, Defendant Harvey had a duty to represent Plaintiff with the reasonable care, skill, and diligence possessed and exercised by ordinary attorneys in similar circumstances.

**ANSWER:** As a qualified answer, defendant admits that any counsel representing a criminal defendant, including Mr. Harvey in his representation of

4

plaintiff, has a duty to represent his or her

diligence possessed and exercised by ordinar

14.   Defendant Harvey's duties incl

phase of Plaintiff's case, and to effectively and

his criminal trial.

**ANSWER:** As a qualified ans

duties representing a criminal defendant, incl

plaintiff, include the responsibility to investig:

and to effectively and competently conduct h

trial.

15.   Defendant Harvey failed to inves

case, and to effectively and competently conduct

**ANSWER:** After reasonable inqu

obtainable by the defendant is insufficient to en

matter as drafted, and accordingly the matter is

16.   As Mr. Dow's counsel in the crimir

action, Defendant Seals Jones Wilson Garrow &

Plaintiff with the reasonable care, skill, and

ordinary attorneys in similar circumstances.

**ANSWER:** Because Seals Jones

the responsibility to investigate every phase of Plaintiff's case, and to effectively and competently conduct Plaintiff's defense at his criminal trial.

**ANSWER:** Because Seals Jones Wilson Garrow & Evans, L.L.P. did not represent plaintiff in the criminal proceeding which is the subject of this action, it had no such duty to plaintiff. Therefore, the request is denied.

18. Defendant Seals Jones Wilson Garrow & Evans, L.L.P. failed to investigate every phase of Plaintiff's criminal case, and to effectively and competently conduct Plaintiff's defense at his criminal trial.

**ANSWER:** Because Seals Jones Wilson Garrow & Evans, L.L.P. did not represent plaintiff in the criminal proceeding which is the subject of this action, it had no such duty to plaintiff. Therefore, the request is denied.

George L. Garrow, Jr., Esq.
Ferguson Evans, Esq.
Garrow & Evans, LLP
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006
(202) 467-5550
COUNSEL FOR DEFENDANT LLP

Oct 27 03 01:50p          GARROW&EVANS LLP

## CERTIFICATE

I hereby certify that service as requi[red]
made by the parties on the following parties

Andrew Meehan, Esq.
Wright & Meehan
100 Church Alley
Chestertown, MD 21620

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, DC 20001