GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION



C E R T I F I C A T E

THIS IS TO CERTIFY that all applicable provisions of the DISTRICT OF COLUMBIA REGISTERED LIMITED LIABILITY PARTNERSHIP ACT have been complied with and accordingly, this CERTIFICATE of Cancellation is hereby issued to

SEALS JONES WILSON GARROW & EVANS, L.L.P.

as of June 27th, 1997.

                      Hampton Cross
                      Director

                      Katherine A. Williams
                      Acting Administrator
                      Business Regulation Administration

                      Desiree' M. Jones
        Act. Asst.    Superintendent of Corporations
                      Corporations Division

EXHIBIT G

Marion Barry, Jr.
Mayor

DEPARTMENT OF CONSUMEF
BUSINESS REGULATIC
CORPORATIO
614 H STREET, N
WASHINGTOI

CERTIFICATE OF CANCELLATION OF I

Pursuant to the provisions of the Di
Limited Liability Partnership Amendm
undersigned partners present this Ca
Partnership for filing. We acknowle
statement in this application is pun
under section 404 of the District of
Crime Act of 1982 as amended.

1. Name of the Limited Liability Pa
   GARROW & EVANS, LLP.

2. Date of filing of the certificate
   partnership 5-17-94

3. Reason for filing the certificate
   L.L.P. dissolving.

4. Effective date of cancellation, i

THIS CERTIFICATE MUST BE SIGNED BY AL
BY A MAJORITY IN INTEREST:

Signature, name and address of ea

Signature _____  Name (  GEORG
1010 MASS AVE NW S
Address

Signature _____  Name (
1010 Massachusetts Av NW
Address

Signature _____  Name (

## CERTIFICATE OF CANCELLATION OF LIMITED LIABILITY PARTNERSHIP

_____                JAMES BENNY JONES
Signature                                Name (Print)

_____                William R Sears
Signature                                Name (Print)

1010 Massachusetts Avenue Suite 200 WDC 20001

A \LLP.CANCEL LLP