**EXHIBIT J**

LAWS REMAINING IN FORCE     § 49-304

Legislative Assembly of the District since June 1, 1871, or until so modified or repealed, remain in full force. (R.S., D.C., § 91; Comp. Stat. D.C., § 4; Feb. 11, 1895, 28 Stat. 650, ch. 79; 1973 Ed., § 49-302.)

### § 49-303. Acts relating to governing bodies of religious denominations.

All acts and parts of acts relating to the organization and powers of vestries, trustees, or other governing bodies of any religious denomination shall remain in force except insofar as the same are inconsistent with or are replaced by the provisions of this Code. (Mar. 3, 1901, 31 Stat. 1189, ch. 854, § 1636; June 30, 1902, 32 Stat. 546, ch. 1329; 1973 Ed., § 49-303.)

**Section referenced in other sections. —**
This section is referenced in § 29-503.

### § 49-304. Savings provision.

(a) The repeal of any act of the Council shall not release or extinguish any penalty, forfeiture, or liability incurred pursuant to the act, and the act shall be treated as remaining in force for the purpose of sustaining any proper action or prosecution for the enforcement of any penalty, forfeiture, or liability, unless the repealing act expressly provides for the release or extinguishment of any penalty, forfeiture, or liability.

(b) The expiration of any act of the Council shall not release or extinguish any penalty, forfeiture, or liability incurred pursuant to the act, and the act shall be treated as remaining in force for the purpose of sustaining any proper action or prosecution for the enforcement of any penalty, forfeiture, or liability, unless the expiring act expressly provides for the release or extinguishment of any penalty, forfeiture, or liability. (Apr. 6, 1990, D.C. Law 8-102, § 2, 37 DCR 1476; Sept. 26, 1990, D.C. Law 8-165, § 2, 37 DCR 4827.)

**Mandatory-minimum sentencing.**
Due to operation of federal and local savings statutes, mandatory-minimum sentencing provisions governing non-violent drug offenses were still applicable where offenses were committed before, but defendants were sentenced after, the effective date of legislation repealing mandatory-minimums. Holiday v. United States, App. D.C., 683 A.2d 61 (1996), cert. denied, 520 U.S. 1162, 117 S. Ct. 1349, 137 L. Ed. 2d 506 (1997).
Cited in Whitbeck v. Vital Signs, Inc., 116 F.3d 588 (D.C. Cir. 1997).