

EXHIBIT K

2000

# TITLE 41. PARTNERSHIPS.

Chapter
1. Uniform Partnerships............................................... [Repealed].
1A. Uniform Partnership Act of 1996................. §§ 41-151.1 to 41-162.3.
2. Uniform Limited Partnerships...................................... [Repealed].
3. Dissolution and Payment of Debts..................... §§ 41-301 to 41-304.
4. Uniform Limited Partnership Act of 1987......... §§ 41-401 to 41-499.26.

**Cross references.** — As to certification and registration of accounting partnerships, see § 2-104 et seq.

### CHAPTER 1. UNIFORM PARTNERSHIPS.

Sec.
41-101 to 41-148. [Repealed].

**§§ 41-101 to 41-148. Definition of terms; interpretation of knowledge and notice; rules of construction; rules for cases not provided for in this chapter; "partnership" defined; registration and fees; rules for determining the existence of a partnership; partnership property; acquisition and conveyance of title; role of partners in partnership business; acts requiring authorization for binding; acts requiring authorization by all partners; conveyance of real property of the partnership; admissions or representations deemed binding on partnership; partnership charged with knowledge of or notice to partner; liability — wrongful act of partner; same — partner's breach of trust; same — extent for partnership; same — partner by estoppel; same — incurred by incoming partner; rules determining rights and duties of partners; partnership books; right to inspect; duty of partners to render information; partner accountable as a fiduciary; right to an account; continuation of partnership beyond fixed term; rights and duties of partners; property rights of partner — extent; same — specific partnership property; assignability; attachment or execution; partner's interest in**

329

§ 41-148 PARTNERSHIPS

partnership — profits and surplus; same — effect of assignment on partnership; rights of assignee; same — charging order; appointment of receiver; redemption of interest charged; "dissolution" defined; dissolution — no termination of partnership; same — causes; same — decree of court; same — effect on authority of partner; same — right of partner to contribution from copartners; same — power of partner to bind partnership; liability of partner; same — effect on partner's existing liability; discharge of liability; same — right to wind up; same — rights of partners to application of partnership property; same — fraud or misrepresentation; rights of partner; same — order of distribution of assets; liabilities; contribution of partners to satisfy liabilities; rights of assignees; partner's right to enforce contributions; distribution of claims against separate property; continuing partnership business — liability of partners in certain cases; rights of creditors; same — rights of retiring or estate of deceased partner; accrual of right to account; registered limited liability partnerships; name of registered limited liability partnerships; insurance requirement for registered limited liability partnerships; nature of partners' liability in registered limited liability partnership; foreign registered limited liability partnerships; applicability of chapter to foreign and interstate commerce.

Repealed. Jan. 1, 1998, D.C. Law 11-234, § 1203, 44 DCR 777.

**Legislative history of Law 11-234** — Law 11-234, the "Uniform Partnership Act of 1996," was introduced in Council and assigned Bill No. 11-344, which was referred to the Committee on Consumer and Regulatory Affairs. The Bill was adopted on first and second readings on November 7, 1996, and December 3, 1996, respectively. Signed by the Mayor on December 24, 1996, it was assigned Act No. 11-494 and transmitted to both Houses of Congress for its review. D.C. Law 11-234 became effective on April 9, 1997.

**Chapter repealed effective January 1, 1998.** — Section 1203 of D.C. Law 11-234 provided that §§ 41-101 through 41-148 are repealed effective January 1, 1998.