IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| JEFFREY DOW, | * |
| Plaintiff, | * |
| v. | *   Civil Case No. CCB-01-2303 |
| JAMES BENNY JONES, <u>et al.</u>, | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit H, which is an attachment to Plaintiff's Memorandum of Law in Support of Response in Opposition to Motion for Summary Judgment Filed Herein by Defendant Seals Jones Wilson Garrow & Evans, L.L.C., exists only in paper format and is longer than fifteen pages or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file a paper copy of the document identified above. Paper copies have already been served on all parties hereto.

/s/_____
Andrew C. Meehan

## **CERTIFICATE OF SERVICE**

  I hereby certify that service required by Fed. R. Civ. P. 5(a) has been made in that on this 25th day of November, 2003, true copies of the foregoing Notice were sent by first-class mail, postage prepaid, to the following:

>Edwin H. Harvey
>666 Eleventh Street, NW, Suite 1030
>Washington, D.C.  20001
>
>George L. Garrow, Jr., Esquire
>Garrow & Evans, LLP
>1775 Pennsylvania Avenue, NW, Suite 400
>Washington, DC  20006
>
>James Benny Jones, Esquire
>666 Eleventh Street, NW, Suite 840
>Washington, DC 20001

/s/_____
Andrew C. Meehan