IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| JEFFREY DOW | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Civil Case No. CCB-01-2303 (CCB) |
| | * |
| JAMES BENNY JONES, et. al. | * |
| | * |
| Defendants | * |
| | * |

\* \* \* \* \*\* \* \* \* \* \* \*\* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDMENT**

Defendant Seals Jones Wilson Garrow & Evans, L.L.P. and Plaintiff Jeffrey Dow ("Plaintiff') by and through their respective attorneys, have stipulated to an extension of time until December 16, 2003, for Defendant to reply to Plaintiff's Opposition to the Motion for Summary Judgment filed herein by Defendant, and hereby request this Honorable Court's approval thereof.

                                          Respectfully submitted,

                                          __/s/_____
                                          George L. Garrow, Jr., Esq.
                                          Ferguson Evans, Esq.
                                          Garrow & Evans, LLP
                                          1775 Pennsylvania Ave., NW, Suite 400
                                          Washington, DC 20006
                                          202-467-5550
                                          202-467-5560 fax
                                          Counsel for Defendant LLP

**CERTIFICATION OF SERVICE**

      I hereby certify that service required by Fed. R. Civ. P. 5(a) has been made in that on this 9th day of December 2003, true copies of the foregoing were sent by first-class mail, postage prepaid, to the following:

James Benny Jones, Esquire (by first class mail on 12/10/03)
666 Eleventh Street, NW, Suite 840
Washington, DC 20001

Andrew C. Meehan, Esquire (by electronic filing on 12/9/03)
Wright & Meehan
100 Church Alley
Chestertown, MD 21620

                                                ___/s/_____
                                                George L. Garrow, Jr., Esq.