```
STATE OF MARYLAND            *      IN THE CIRCUIT COURT
                             *      FOR WICOMICO COUNTY
                             *      STATE OF MARYLAND
                             *
                             *      CASE NO: 97CR0370
v.                           *
                             *
                             *
JEFF DOW                     *
                             *
*********************************************
```

LINE

**TO THE CLERK:**

Please **ENTER** the appearances of **James Benny Jones, Esquire**, 1010 Massachusetts Avenue, NW., Suite 300, Washington, DC. 20005 and **Edwin H. Harvey, Esquire** as attorneys of record for Jeff Dow in the above captioned case.

Respectfully submitted,

_(signature)_

Edwin H. Harvey, Esquire
10111 Martin Luther King Highway
Suite 200
Bowie, MD. 20720
(301) 731-0808

_(signature)_

James Benny Jones, Esquire
1010 Massachusetts Avenue NW.
Suite 300
Washington, DC. 20005
(202) 371-5100
Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Line** was mailed this _26th_ day of March, 1997 first class mail postage prepaid to the following:

Abigail H. Marsh, Esquire
Assistant State's Attorney
Wicomico County Courthouse
P.O. Box 1006
Salisbury, MD. 21803

Office of the Public Defender
Circuit Court for Wicomico County
Salisbury, MD. 21803

_____
Edwin H. Harvey, Esquire

EHH/jc
lne.Dow