# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | **:** | |
| JEFFREY DOW | **:** | |
| | **:** | |
| v. | **:** | Civil No. CCB-01-2303 |
| | **:** | |
| JAMES BENNY JONES, et al. | **:** | |
| | **:** | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

a.      defendant Seals Jones Wilson Garrow & Evans, L.L.P.'s motion for summary

judgment (docket no. 39) is **DENIED**; and

b.      copies of this Order and the accompanying Memorandum shall be sent to counsel of

record.


_____March 31, 2004_____                    _____/s/_____

        Date                                              Catherine C. Blake

                                                          United States District Judge