UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 31, 2004

Andrew Charles Meehan, Esquire
David C. Wright, Esquire
Wright and Meehan
100 Church Alley
Chestertown, MD 21620

George L. Garrow, Jr., Esquire
Garrow and Evans LLP
1775 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006-4605

  Re: <u>Jeffrey Dow v. James Benny Jones, et al., Civil No. CCB-01-2303</u>

Dear Counsel:

 I am today issuing a ruling on the defendant's motion for summary judgment.  A conference call has been set for **April 13, 2004** at **9:00 a.m.** to discuss a schedule for further proceedings in this case.  My office will initiate the call.

          Sincerely yours,

            /s/

          Catherine C. Blake
          United States District Judge

cc: James Benny Jones

**James Benny Jones**
666 Eleventh St NW Ste 840
Washington, DC 20001-4542

**Edwin H. Harvey**
666 11th Street NW
Suite 1030
Washington, DC 20001