IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JEFFREY DOW** :
:
v. : Civil No. CCB-01-2303
:
**JAMES BENNY JONES, et al.** :

## DEFENDANTS' MOTION TO STAY PROCEEDINGS

Comes Now, James Benny Jones, the undersigned pro se defendant, hereby respectfully requesting this honorable Court, pursuant to its Rules, to stay this matter until such time that the Court determines that the parties are prepared to resume proceedings. As grounds for this Motion, Defendant states as follows:

1. The above-entitled matter was initiated by Plaintiff against Defendants following a guilty verdict in a criminal trial in which Defendants James Benny Jones and Edwin H. Harvey appeared as trial counsel.

2. It has been the intent of Defendants Jones and Harvey to defend these allegations.

3. Throughout much of this action Defendant Harvey has been incapacitated due to a disability.

4. Defendant Harvey became disabled in 2002, shortly after this matter was brought before this Court

5. In 2002, Mr. Harvey became disabled and abruptly stopped practicing law.

6. Mr. Harvey is currently in Illinois while being treated for his disability

and is unable to assist or participate in this proceeding which has greatly hindered the defense of this case .

7. On March 19, 2004 at the initiation of the District of Columbia Office of Bar Counsel, based upon medical evidence of disability and incapacitation, a motion was filed before the District of Columbia Court of Appeals Board of Professional Responsibility entitled *Joint Motion of Respondent and Bar Counsel for Authority to Submit Petition for Disability Suspension Pursuant to D.C. Bar R. XI, § 13.*

8. A ruling on this Motion is anticipated in the near future.

9. The inability of Mr. Harvey, who was local counsel in the Dow criminal trial, has made it impossible for Defendants to effectively mount a defense to the allegations raised by Dow in the cause before this Court.

10. A recovery from disability is anticipated within several months.

11. Any delay will not prejudice Plaintiff's cause of action.

WHEREFORE, for the above-mentioned reasons and others which may come to the attention of the Court, Defendants request that this proceeding be stayed pending recovery from disability and incapacity of Defendant Harvey.

Respectfully submitted,

James Benny Jones, pro se
666 Eleventh Street, NW
Suite 840
Washington, DC 20001-4542
(202) 371-5100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a Copy of Defendants Motion To Stay Proceedings was mailed, postage prepaid, on this 7th day of April, 2004 to:

Andrew Charles Meehan, Esquire
David C. Wright, Esquire
100 Church Alley
Chestertown, MD  21620


George L. Garrow, Jr., Esquire
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC  20006-4605

_____
James Benny Jones, Esquire