IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEFFREY DOW** | : |
| | : |
| v. | :    Civil No. CCB-01-2303 |
| | : |
| **JAMES BENNY JONES, et al.** | : |

### ORDER

UPON REVIEW AND CONSIDERATION, it is hereby ORDERED that:

Defendants' Motion To Stay Proceedings is _____,

It is further ORDERED that:

_____         _____
Date                                                            Catherine C. Blake

                                                                              United States District Judge