IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY DOW                             *
                                        *
v.                                      *    Civil Action No.  CCB 01-2303
                                        *
JAMES BENNY JONES, et al.               *
                                        *

## REASSIGNMENT ORDER

The Order of Reference dated April 14, 2004, referring this case to Magistrate Judge Jillyn K. Schulze for settlement is hereby amended, and the case is reassigned to Magistrate Judge James K. Bredar.


Date:    April 15, 2004                         /S/
                                        CATHERINE C. BLAKE
                                        United States District Judge