UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2004 AUG -5

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

August 4, 2004

Andrew Charles Meehan, Esquire
Wright and Meehan
100 Church Alley
Chestertown, Maryland 21620

Mr. James Benny Jones
666 Eleventh Street, NW - Suite 840
Washington, DC 20001-4542

Mr. Edwin H. Harvey
666 Eleventh Street, NW - Suite 1030
Washington, DC 20001

George L. Garrow, Jr., Esquire
Garrow and Evans, LLP
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006-4605

Subject: *Jeffrey Dow v. James Benny Jones, et al.*
Civil No. CCB-01-2303 **(EXEMPT FROM ELECTRONIC FILING)**

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Thursday, July 29, 2004, at 10:00 a.m. has been rescheduled. The new date is **Monday, November 22, 2004, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of April 23, should arrive in chambers no later than Monday, November 15, 2004.

It is understood that you will be filing with Judge Blake a motion seeking postponement of the trial that is now set before her for October 12, 2004. This rescheduled conference date is subject, of course, to Judge Blake's granting your motion.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/ James K. Bredar

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Catherine C. Blake
    Court file
    Chambers file