IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY DOW              :
                         :
v.                       :      Civil No.  CCB-01-2303
                         :
JAMES BENNY JONES, et al. :

## DEFENDANTS' RENEWED MOTION TO STAY PROCEEDINGS

Comes Now, James Benny Jones, the undersigned pro se defendant, hereby respectfully requests this honorable Court, pursuant to its Rules, to renew the request to stay these proceedings until such time that this Court determines that the parties are prepared to resume this action. As grounds for this Motion, Defendant states as follows:

1. On or about April 8, 2004, undersigned Defendant filed a Motion to Stay Proceedings based upon the incapacitation of Defendant Harvey due to a disability.

2. Mr. Harvey continues to receive medical treatment for his disability in Illinois where be continues to progress.

3. A full recovery is anticipated within the next several months.

4. The parties have agreed to a mediation and settlement conference on December 15 or 16, 2004 before Judge Bredar.

5. The parties have further requested a trial date after March, 2005.

6. All parties have consented to these requests.

Wherefore, for the above-mentioned reasons and others which may come to the attention of the Court, Defendants request that this proceeding continue to be stayed pending the recovery from disability of Defendant Harvey.

Respectfully submitted,

James Benny Jones, Jr., pro se
666 Eleventh Street, NW
Suite 840
Washington, DC  20001-4542
(202) 371-5100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Defendants' Renewed Motion To Stay Proceedings was mailed, postage prepaid, on this 9th day of August, 2004:

Andrew Charles Meehan, Esquire
David C. Wright, Esquire
100 Church Alley
Chestertown, MD  21620

George L. Garrow, Jr., Esquire
1775 Pennsylvania Avenue, NW
Suite 400
Washington, DC  20006-4605

_____
James Benny Jones, Jr.

**JAMES BENNY JONES**
ATTORNEY AT LAW
666 ELEVENTH STREET, NW
SUITE 840
WASHINGTON, DC 20001-4542
(202) 371-5100    FAX: (202) 371-0112

August 9, 2004

Office of the Clerk-Civil Division
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re: Jeffrey Dow v. James Benny Jones, et al.
      Civil No. CCB-01-2303

Dear Sir or Madam:

  Enclosed for filing in the above-referenced matter is a Motion entitled Defendants' Renewed Motion To Stay Proceedings. Please call me if you have any questions in this regard. Thank you for your assistance.

                Respectfully submitted,

                James Benny Jones, Jr.

enclosure