IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY DOW                         :
                                    :
v.                                  :   Civil No. CCB-01-2303
                                    :
JAMES BENNY JONES, et al.           :

### ORDER

UPON REVIEW AND CONSIDERATION, it is hereby ORDERED, that

Defendants' Renewed Motion to Stay Proceedings is hereby _____.

It is further ORDERED that:


_____                                _____
Date                                       Catherine C. Blake
                                           United States District Judge