IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY DOW | : | |
| | : | |
| v. | : | Civil No. CCB-01-2303 |
| | : | |
| JAMES BENNY JONES, et al. | : | |
| | : | |

**ORDER**

The Defendants' Renewed Motion to Stay Proceedings (docket no. 60), construed as a motion to postpone the trial date, is **Granted**. The pretrial conference date of September 24, 2004 and the trial date of October 12, 2004 are **CANCELLED**. A new trial date will be set, if necessary, after the conclusion of mediation discussions before Judge Bredar which are currently scheduled for **November 22, 2004**.

**SO ORDERED** this 11th day of August, 2004.

/s/
Catherine C. Blake
United States District Judge