**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Case No.  CCB-01-2303 |
| v. | * |
| | * |
| JAMES BENNY JONES, et al., | * |
| | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**_JOINT_ MOTION FOR MODIFICATION OF SETTLEMENT ORDER**
**TO EXTEND THE FILING DEADLINE TO MOVE TO REOPEN THIS ACTION**
**AND**
**PLAINTIFF'S ALTERNATIVE MOTION TO REOPEN THIS ACTION**

NOW COME the plaintiff Jeffrey Dow, by counsel, and the Defendants, the former law firm of Seals Jones Wilson Garrow & Evans, LLP, by counsel, and James Benny Jones, pro se, and Edwin H. Harvey, pro se,  pursuant to the rules of this Court, and hereby jointly move for a modification of the Settlement Order entered on November 22, 2004, to extend the filing deadline set forth therein by which date a party may move to reopen this action due to the settlement not being fully consummated, and in support hereof state as follows:

1.   The Defendants have tendered to Plaintiff an aggregate of $11,683.00 out of the $14,000.00 total settlement amount, but are unable to tender the balance due of $2,317.00 prior to the filing deadline of March 2, 2005, by which date a party may move to reopen this action due to the settlement not being fully consummated.  The defendants believe that the balance can be tendered to the plaintiff within the next ninety days, and the plaintiff agrees to such an extension. Accordingly, a modification in the Settlement Order to extend the filing deadline to May 31, 2005,

by which date a party may move to reopen this action due to the settlement not being fully consummated is hereby requested.

Alternatively, should the Court not be amenable to modify the Settlement Order as requested, the Plaintiff hereby moves this Court to reopen this action for good cause shown in that the Defendants have failed to satisfy their obligations under the settlement agreement.

WHEREFORE, the parties hereby jointly move this Court to modify the Settlement Order as requested, or alternatively, the plaintiff hereby moves this Court to reopen this action for the reasons stated above, and for such other relief as justice may require.

/s/_____
Andrew C. Meehan
Federal Bar No. 26615
Wright & Meehan
100 Church Alley
Chestertown, Maryland 21620
Telephone: (410) 778-0266
Facsimile:  (410) 778-2918
COUNSEL FOR PLAINTIFF


/s/_____
George L. Garrow, Jr.
Garrow & Evans, L.L.P.
1200 New Hampshire Avenue, N.W.
Suite560
Washington, DC 20036
Telephone: (202) 467-5550
Facsimile: (202) 467-5560
COUNSEL FOR SEALS JONES WILSON
GARROW & EVANS, LLP




/s/_____

>Edwin H. Harvey, Pro se
>(by George L. Garrow, Jr., as authorized)
>666 Eleventh Street, NW, Suite 1030
>Washington, D.C.  20001
>
>/s/_____
>James Benny Jones, Pro se
>(by George L. Garrow, Jr., as authorized)
>666 Eleventh Street, NW, Suite 840
>Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5(a) has been made in that on this 1st day of March, 2004, true copies of the foregoing were sent by first-class mail, postage prepaid, to the following:

>Edwin H. Harvey, Esquire
>666 Eleventh Street, NW, Suite 1030
>Washington, D.C.  20001
>
>George L. Garrow, Jr., Esquire
>Garrow & Evans, L.L.P.
>1200 New Hampshire Avenue, N.W.
>Suite560
>Washington, DC  20036
>
>James Benny Jones, Esquire
>666 Eleventh Street, NW, Suite 840
>Washington, DC 20001
>
>/s/_____
>Andrew C. Meehan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Case No.  CCB-01-2303 |
| v. | * |
| | * |
| JAMES BENNY JONES, et al., | * |
| | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER GRANTING JOINT MOTION
FOR MODIFICATION OF SETTLEMENT ORDER
TO EXTEND THE FILING DEADLINE TO MOVE TO REOPEN THIS ACTION</u>**

UPON CONSIDERATION of the parties' Joint Motion For Modification of Settlement Order To Extend the Filing Deadline to Move to Reopen This Action; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that the Joint Motion For Modification of Scheduling Order To Extend the Filing Deadline to Move to Reopen This Action be, and is hereby, GRANTED, and that the Settlement Order (Local Rule 111) entered herein on November 22, 2004, be and hereby is modified.in that the last two sentences of the order are revised in their entirety as follows:

> "The entry of this Order is without prejudice to the right of a party to move for good cause on or before May 31, 2005, to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice."

_____
United States District Judge