## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| JEFFREY DOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No.  CCB-01-2303 |
| v. | * | |
| | * | |
| JAMES BENNY JONES, <u>et al.</u>, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER GRANTING JOINT MOTION</u>
## <u>FOR MODIFICATION OF SETTLEMENT ORDER</u>
## <u>TO EXTEND THE FILING DEADLINE TO MOVE TO REOPEN THIS ACTION</u>

UPON CONSIDERATION of the parties' Joint Motion For Modification of Settlement Order To Extend the Filing Deadline to Move to Reopen This Action; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that the Joint Motion For Modification of Scheduling Order To Extend the Filing Deadline to Move to Reopen This Action be, and is hereby, GRANTED, and that the Settlement Order (Local Rule 111) entered herein on November 22, 2004, be and hereby is modified.in that the last two sentences of the order are revised in their entirety as follows:

"The entry of this Order is without prejudice to the right of a party to move for good cause on or before May 31, 2005, to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice."

_____  _____
3/2/05                   CCB
United States District Judge

4