IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| JEFFREY DOW, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Case No. CCB-01-2303 |
| v. | * |
| | * |
| JAMES BENNY JONES, et al., | * |
| | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO REOPEN THIS ACTION**

NOW COMES the plaintiff Jeffrey Dow, by counsel, and hereby moves to reopen this action due to the settlement not being fully consummated, and in support hereof state as follows:

1. The Defendants have tendered to Plaintiff an aggregate of $11,683.00 out of the $14,000.00 total settlement amount, but were unable to tender the balance due of $2,317.00 prior to the filing deadline of March 2, 2005, as provided for in the Settlement Order as initially entered herein.

2. Upon joint motion of the parties, this Court modified the Settlement Order by extending the deadline to May 31, 2005, by which date a party may move to reopen this action due to the settlement not being fully consummated.

3. The defendants have failed to tender the balance due to the plaintiff.

4. Accordingly, the plaintiff hereby moves to reopen this action for good cause shown in that the Defendants have failed to satisfy their obligations under the settlement agreement.

WHEREFORE, the plaintiff hereby moves this Court to reopen this action for the reasons

1

stated above, and for such other relief as justice may require.

/s/_____
Andrew C. Meehan
Federal Bar No. 26615
Wright & Meehan
100 Church Alley
Chestertown, Maryland  21620
Telephone:  (410) 778-0266
Facsimile:   (410) 778-2918

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5(a) has been made in that on this 31st day of May, 2005, true copies of the foregoing were sent by first-class mail, postage prepaid, to the following:

Edwin H. Harvey, Esquire
666 Eleventh Street, NW, Suite 1030
Washington, D.C.  20001

George L. Garrow, Jr., Esquire
Garrow & Evans, L.L.P.
1200 New Hampshire Avenue, N.W.
Suite560
Washington, DC  20036

James Benny Jones, Esquire
666 Eleventh Street, NW, Suite 840
Washington, DC 20001

/s/_____
Andrew C. Meehan

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Northern Division

| | | |
|---|---|---|
| JEFFREY DOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No.  CCB-01-2303 |
| v. | * | |
| | * | |
| JAMES BENNY JONES, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING MOTION TO REOPEN THIS ACTION**

UPON CONSIDERATION of the plaintiff's Motion to Reopen This Action; and it

APPEARING TO THE COURT that justice requires that said motion be granted, it is therefore

ORDERED that the plaintiff's Motion to Reopen This Action be, and is hereby, GRANTED.

_____
United States District Judge